UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD MALDONADO, et al.,                    :
                                              :
                            Plaintiffs,       :
                                              :
            -against-                         :
                                              :
VALSYN, S.A., et al.,                         :
                                              :
                            Defendants.       :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9|2|09
```

06 Civ. 15290 (RMB)

**ADMINISTRATIVE ORDER**

Oral argument (of 5-10 minutes) on Defendants' pending motion for summary judgment

is scheduled for an 11:00 a.m. telephone conference on September 14, 2009.

**SO ORDERED**.

Dated: New York, New York
      September 2, 2009

*Richard M. Berman*

**RICHARD M. BERMAN, U.S.D.J.**